# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph Bergeron, | Civ. No. 20-0701 (SRN/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| Paul Schnell, Commissioner of Corrections; and Guy Bosch, Warden, | |
| Respondents. | |

**IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Joseph Bergeron, showing cause why the writ should not be granted.

2. Respondents' answer must fully comply with the requirements of Rules 5(b), (c) and (d) of the Rules Governing Section 2254 Cases in the United States District Courts and must include a reasoned memorandum of law and fact fully stating respondents' legal position on Bergeron's claims. The answer must be filed with the Court within thirty days of the date of this order, and a copy of the answer must be served upon Bergeron simultaneously with such filing.

3. If Bergeron intends to file a reply to the answer, he must do so within thirty days of the date when respondents' answer is filed. Thereafter, no further submissions from either party will be permitted, except as expressly authorized by Court order.

4. Bergeron's application to proceed *in forma pauperis* (**Doc. No. 2**) is **DENIED WITHOUT PREJUDICE** in light of his payment of the filing fee in this matter.

Dated: April 6, 2020              *s/ Becky R. Thorson*
                                  BECKY R. THORSON
                                  U.S. Magistrate Judge